AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

## District of Utah

Amanda Ruiz and Marisela Arreola,

Plaintiffs,

v.

Owlet Baby Care, Inc.,

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:19-cv-00252-HCN-DBP

IT IS ORDERED AND ADJUDGED

That this action is dismissed with prejudice for failure to state a claim upon which relief can be granted.

August 4, 2021
_____
*Date*

BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Judge